IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos. 4:16cr29-RH/CAS-1
    4:18cv168-RH/CAS

ERVIN BELL III,

    Defendant.
_____/

CONSENT MOTION TO
CONTINUE EVIDENTIARY HEARING

For the following reasons, the United States respectfully moves to continue the evidentiary hearing on Defendant's motion under 28 U.S.C. 2255. ECF 145.

Defendant contends that his previously retained counsel, Nathan Prince, rendered ineffective assistance of counsel by failing to file a notice of appeal as instructed. The Court initially set an evidentiary hearing limited to that issue for October 3, 2018, and appointed counsel for Defendant. ECF 133. This Court has granted two consent motions by Defendant to continue the hearing. ECF 141, 143, 144, 147. The hearing is currently scheduled for December 18, 2018. ECF 145. However, Mr.

1

Prince has informed the undersigned that he is scheduled to be out of state for the holidays from December 14 until after the New Year. Mr. Prince is the Government's only anticipated witness, and his testimony is significant to the matters at issue.

The undersigned has conferred with Mr. Prince and defense counsel, and has confirmed their availability for a hearing on that date. Additionally, the undersigned understands that date may be workable for the Court's schedule. Accordingly, the Government respectfully requests that the Court enter an order continuing the evidentiary hearing until January 9, 2019.

Respectfully submitted November 28, 2018,

CHRISTOPHER P. CANOVA
United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Florida Bar No. 85932
Assistant United States Attorney
Northern District of Florida
111 North Adams Street
Tallahassee, Florida 32301
(850) 942-8430
andrew.grogan@usdoj.gov

## LOCAL RULE 7.1(B) CERTIFICATE

The undersigned has conferred with defense counsel, Donna Duncan, who consents to the relief requested in this motion.

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney

## LOCAL RULE 7.1(F) CERTIFICATE

I certify that this memorandum contains 207 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney